# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTON FRANCIS MARSHALL, | |
| PlaintiffPlaintiff, | Case No. 2:11-CV-01521-KJD-CWH |
| v. | **ORDER** |
| ALL THE WORLD, *et al.*, | |
| DefendantsDefendants. | |

Before the Court is the Motion to Dismiss (#5) of Defendants Bank of America, N.A. ReconTrust Company, N.A. and PRLAP, Inc.

Plaintiff has filed no opposition to this motion. Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion." Plaintiff does not appear to possess any interest in the real property that is the subject of the Complaint. Further, Plaintiff's complaint is incoherent and overbroad. For example, Plaintiff has attempted to name "all the world" as defendants. Plaintiff's complaint does not meet even the most basic standards of the Federal Rules of Civil Procedure.

Since no opposition to the Motion to Dismiss has been filed and since the complaint as drafted has no merit, this action is dismissed.

Accordingly, **IT IS HEREBY ORDERED** that Defendants Motion to Dismiss (#5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** against all defendants.

DATED this 21st day of October 2011.

_____
Kent J. Dawson
United States District Judge